# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | Civil A. No. 3:16-md-2738 (FLW) (LHG) <br><br> MDL No. 2738 (FLW) (LHG) |
| *This document relates to:* <br> Tamera Lee, Individually <br><br> **Case No. 3:18-cv-11263** | |

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Plaintiff TAMERA LEE substitutes Noah M. Wexler of Arnold & Itkin LLP, State Bar No. 24060816, in place of Jessica Meeder of Murphy Falcon & Murphy, PA, One South Street, 23rd Floor, Baltimore, Maryland 21202.

Contact information for new counsel is as follows:

Noah M. Wexler
Arnold & Itkin LLP
6009 Memorial Dr.
Houston, Texas 77007
Tel: (713) 222-3800 / Fax: (713) 222-7707
nwexler@arnolditkin.com
e-service@arnolditkin.com

A request is hereby made that all notices given or required to be given in this case and all pleadings and other papers filed in this matter be served upon counsel. Additionally, counsel respectfully requests that all orders, pleadings and correspondence be served upon Noah M. Wexler through the CM/ECF system.

**Dated:** November 18, 2020                                  Respectfully submitted,

                                                              **ARNOLD & ITKIN LLP**

                                                              */s/ Noah M. Wexler*
                                                              Noah M. Wexler
                                                              State Bar No. 24060816
                                                              6009 Memorial Drive
                                                              Houston, Texas 77007
                                                              Telephone: (713) 222-3800
                                                              Facsimile: (713) 222-3850
                                                              nwexler@arnolditkin.com
                                                              e-service@arnolditkin.com

                                                              ***ATTORNEY FOR PLAINTIFF***


## CERTIFICATION OF SERVICE

      I hereby certify that on November 18, 2020, a copy of the foregoing document(s) was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access the filing through the Court's system.

                                                              */s/ Noah M. Wexler*
                                                              Noah M. Wexler
                                                              State Bar No. 24060816
                                                              6009 Memorial Drive
                                                              Houston, Texas 77007
                                                              Telephone: (713) 222-3800
                                                              Facsimile: (713) 222-3850
                                                              nwexler@arnolditkin.com
                                                              e-service@arnolditkin.com